NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

LAWRENCE E. BRILES,                    )
                                       )
            Appellant,                 )
                                       )
v.                                     )        Case No. 2D18-1271
                                       )
STATE OF FLORIDA,                      )
                                       )
            Appellee.                  )
_____)

Opinion filed October 17, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Hillsborough County; Christopher C.
Sabella, Judge.


PER CURIAM.

        Affirmed.  See §§ 775.082(9)(a)(3)(c), 775.084(4)(a)(2), Fla. Stat. (2011);

State v. Matthews, 891 So. 2d 479 (Fla. 2004); Robinson v. State, 793 So. 2d 891 (Fla.

2001); Calloway v. State, 914 So. 2d 12 (Fla. 2d DCA 2005); Tillman v. State, 900 So.

2d 633 (Fla. 2d DCA 2005); Dinkens v. State, 976 So. 2d 660 (Fla. 1st DCA 2008);

Luton v. State, 934 So. 2d 7 (Fla. 3d DCA 2006).


LaROSE, C.J., and MORRIS and SALARIO, JJ., Concur.